UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

4

| UNITED STATES OF AMERICA, | Case: 2:26-cr-20022 |
|---|---|
| Plaintiff, | Assigned To : Parker, Linda V.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 1/14/2026<br>Description: INDI USA v SEALED MATTER (JP) |
| v. | |
| ANTWAUN BURRIS, | Violation:<br>18 U.S.C. § 922(g)(1) |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

Between on or about October 1, 2025 and on or about October 2, 2025, in the Eastern District of Michigan, Southern Division, the defendant, ANTWAUN BURRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Springfield XDE 9mm handgun; one Romarm SAR1 rifle; and one Kel-Tec P-40 .40 handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
## 18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about October 2, 2025, in the Eastern District of Michigan, Southern Division, the defendant, ANTWAUN BURRIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, 9mm Luger Hornady ammunition and 9mm FSM Luger ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense(s) charged in Count One and Two of this Indictment, Defendant ANTWAUN BURRIS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

2

States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense(s).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent and Organized Crime Unit

*s/ Ranya Elzein*
RANYA ELZEIN
TARA HINDELANG
Assistant United States Attorneys

Dated: January 14, 2026

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case:2:26-cr-20022<br>Assigned To : Parker, Linda V.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 1/14/2026<br>Description: INDI USA v SEALED MATTER (JP) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: RE |

**Case Title:** USA v. Antwaun Burris

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

**Defendant Name**        **Charges**        **Prior Complaint (if applicable)**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 14, 2026
Date

Ranya Elzein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Ranya.Elzein@usdoj.gov
(313) 226-0213
Bar #: OH 0090887

Tara Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tara.Hindelang@usdoj.gov
(313) 226-9543
Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.